

# LaMONICA HERBST & MANISCALCO, LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| Salvatore LaMonica | 3305 Jerusalem Avenue | Holly Rai * |
| Gary F. Herbst † | Wantagh, New York 11793 | Jacqulyn S. Loftin |
| Joseph S. Maniscalco | | Jordan Pilevsky ◊ |
| David A. Blansky | Phone (516) 826-6500 | Rachel P. Stoian |
| Adam P. Wofse ◊ | Facsimile (516) 826-0222 | Nicholas C. Rigano |
| Melanie A. FitzGerald * | | Scott Fleischer ◊ |

† Also admitted in CO
* Also admitted in CT
‡ Also admitted in MA
◊ Also admitted in NJ

WWW.LHMLAWFIRM.COM

*MOVING FORWARD. STAYING AHEAD.*®

Donna M. Fiorelli, Esq., Of Counsel
Joyce M. Glass, Esq., Of Counsel
Rachel M. Hollywood, Esq., Of Counsel

April 10, 2014

**VIA E-FILING and FACSIMILE**
Hon. Sandra J. Feuerstein, U.S.D.J
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY
★ APR 11 2014 ★
LONG ISLAND OFFICE

     In re: **Lynn Carol Schneider**
           **Case No. 14-V-1166-SJF**

Judge Feuerstein:

    This firm is counsel to the Appellee R. Kenneth Barnard, as Chapter 7 Trustee of the bankruptcy estate of Lynn Carol Schneider.

    Upon letter application of Ms. Schneider, the Court extended the deadline for her brief to March 31, 2014, set an April 14, 2014 deadline for the Appellee's brief and set an April 28, 2014 deadline for any reply brief.

    On March 31, 2014, Ms. Schneider, *pro se,* filed her brief with the Court. The *pro se* brief is 25 pages long, excluding the cover page and table of contents.

    ECF notification of the filing of the brief was made until April 2, 2014. The hardcopies of the brief served by Ms. Schneider were not received by my firm until the following day, April 3, 2014.

LAMONICA HERBST & MANISCALCO, LLP
ATTORNEYS AT LAW

April 10, 2014
Page 2

     Given the delay in ECF notification and receipt of service of Ms. Schneider's brief and the size of Ms. Schneider's submission, Appellee requests that his time in which to submit his brief be extended by seven (7) days to and through April 21, 2014 and that Mr. Schneider's deadline for her reply be rest to May 5, 2014.

     It is respectfully submitted that the brief extension of time will not unduly delay the determination of this appeal.

     Your consideration in this regard is appreciated.

                                  Respectfully submitted,

                                  *s/ David A. Blansky*
                                  David A. Blansky

cc:
Lynn Schneider (via e-mail)
Marc Wenger, Esq. (via e-mail)
R. Kenneth Barnard, as Trustee (via e-mail)
Elizabeth Mason, Esq. (via e-mail)

**Order**
The application is:
✓ granted
___ denied
___ referred to Magistrate Judge _____ for
    ___ decision
    ___ report and recommendation

SO ORDERED.

s/ Sandra J. Feuerstein
_____
U.S.D.J.          4/11/14