UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In re:                                              Case No. 14-CV-1166 (SJF)

LYNN CAROL SCHNEIDER,                               Bankruptcy Case
                                                    No. 104-85727-CEC

        Debtor.

------------------------------------------------------------------------x     **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NASSAU          )

        ROSA R. LELLA, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and resides in Melville, NY.

        On March 26, 2015, deponent served the ***Memorandum & Order of the Court dated March 26, 2015*** by First-Class Mail upon the attorneys/parties listed below at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

To:    Lynn Carol Schneider
        10 Baker Street, Apt. C
        West Babylon, NY 11704
        *Appellant Pro Se*

        Elizabeth A. Mason, Esq.
        LAW OFFICES OF ELIZABETH A. MASON, LLP
        MetLife Building, 17th Floor
        200 Park Avenue
        New York, NY 10166
        *Employment Counsel to Lynn Carol Schneider*

***Courtesy copy to:***    R. Kenneth Barnard, Chapter 7 Trustee of
        Lynn Carol Schneider

        *s/Rosa R. Lella*
        ROSA R. LELLA

Sworn to before me this
26th day of March 2015

*s/ Angela Colucci*
Angela Colucci
Notary Public, State of New York
No. 4674875
Qualified in Nassau County
Commission Expires July 31, 2018